# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RUE21, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 16-06373 CAS (JCx)<br><br>[Assigned to the Honorable Christina A. Snyder]<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**ORDER**

The Court having considered the stipulation of the parties, and good cause appearing thereof, orders as follows:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: January 5, 2018

_____
Hon. Christina A. Snyder
United States District Court Judge